# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE RAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-01814-MMD-CWH |
| ) | |
| vs. ) | **FINDINGS AND** |
| ) | **RECOMMENDATION** |
| FIRST TRANSIT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

      Plaintiff submitted an Application to Proceed *in Forma Pauperis* (#1) and Complaint on November 10, 2011.  On August 6, 2012, the Court granted Plaintiff's Application to Proceed *in Forma Pauperis* (#1) and ordered the Clerk of the Court to file Plaintiff's Complaint.  In addition, the Court ordered that the Complaint be dismissed without prejudice and granted Plaintiff thirty (30) days from to file an amended complaint correcting the noted deficiencies.

      Plaintiff did not allege sufficient facts to state a claim for race discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq*., or age discrimination in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*.  She generally alleged that she was discriminated against due to her race, age, and educational background, which resulted in her being denied advancements in the company at least ten times.  However, she did not specify her race, age, how she was qualified for the jobs that she was denied, and how fellow employees who were not similarly situated were treated differently.  As a result, the Court found that Plaintiff failed to state a claim for relief.  More than thirty days have elapsed since the Court's Order dismissing Plaintiff's Complaint without prejudice and Plaintiff has not submitted an amending complaint with sufficient facts to state a plausible claim for relief in this case.

      Based on the foregoing and good cause appearing therefore,

**RECOMMENDATION**

**IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (#5) be **dismissed with prejudice** because Plaintiff failed to file an amended complaint within 30 days of the Court's August 6, 2012 Order.

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 2nd day of October, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**