# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JACQUELINE RAY,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, et al.,<br><br>Defendants. | Case No. 2:11-cv-01814-MMD-CWH<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(dkt. no. 6) |

Before the Court is the Findings and Recommendation of the Honorable C.W. Hoffman, United States Magistrate Judge, entered October 2, 2012. (Dkt. no. 6.) The Findings and Recommendation recommends dismissing Plaintiff's Complaint with prejudice. The Recommendation explains that Plaintiff's Complaint was originally dismissed without prejudice. The order dismissing the Complaint noted the deficiencies in the Complaint, and allowed Plaintiff thirty (30) days to amend. (Dkt. no. 4.) Plaintiff did not do so. Magistrate Judge Hoffman accordingly recommends dismissing Plaintiff's Complaint with prejudice. (Dkt. no. 6.) No objections have been filed to the Findings and Recommendation.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and determines that Magistrate Judge Hoffman's Recommendation should be ACCEPTED.

1  IT IS THEREFORE ORDERED Plaintiff's Complaint (dkt. no. 5) is DISMISSED
2  WITH PREJUDICE.

4  DATED THIS 29th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE